**Elizabeth Rojas CHAPTER 13 TRUSTEE**
**15060 Ventura Blvd.**
**Suite 240**
**Sherman Oaks, CA  91403**
**(818) 933-5700**

**STATUS REPORT - CASE #08-12479-GM  AS OF 9/18/2009**

DAVID L. EDMONSON
TRACY J. EDMONSON
44348 42ND ST. WEST
LANCASTER, CA  93536

| | | | LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 MONTHS | |
|---|---|---|---|---|---|---|
| FILING DATE: | 04/22/2008 | | | | | |
| 1ST MEETING DATE: | 06/04/2008 | | | | | |
| CONFIRMATION DATE: | 07/22/2008 | | 09/17/2009 | $350.00 | 09/2009 | $350.00 |
| TERM OF PLAN: | 60 MONTHS | | 07/30/2009 | $1,000.00 | 08/2009 | $0.00 |
| PERCENT TO UNSECURED: | 4.00 | | 06/17/2009 | $2,218.00 | 07/2009 | $1,000.00 |
| MONTHLY PLAN PMT AMT: | $471.00 | | 11/18/2008 | $471.00 | 06/2009 | $2,218.00 |
| GROSS RECEIPTS: | $6,531.00 | | 09/24/2008 | $471.00 | 05/2009 | $0.00 |
| REFUNDS FR CREDITORS: | $0.00 | | 09/03/2008 | $471.00 | 04/2009 | $0.00 |
| NET PAID CREDITORS: | $2,062.90 | | 07/24/2008 | $500.00 | 03/2009 | $0.00 |
| FEES PAID TO ATTY: | $3,500.00 | | 06/26/2008 | $500.00 | 02/2009 | $0.00 |
| FEES PAID TO TRUSTEE: | $618.10 | | 06/09/2008 | $550.00 | 01/2009 | $0.00 |
| REFUNDS TO DEBTORS: | $0.00 | | | | 12/2008 | $0.00 |
| BALANCE ON HAND: | $350.00 | | | | 11/2008 | $471.00 |
| | | | | | 10/2008 | $0.00 |

CURRENT CASE DISPOSITION:
ACTIVE

| CLAIM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | SIMON * RESNIK, LLP | ATTORNEY FEE | N/A | $3,500.00 | $3,500.00 | $3,500.00 | $0.00 | $0.00 |
| 0001 | MILES, BAUER, BERGSTROM ET AL | NOTICE ONLY CREDITOR | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0002 | COUNTRYWIDE HOME LOANS ACCT# 2699 | PRINCIPAL RESIDENCE | 0.00 | $15,529.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0003 | COUNTRYWIDE HOME LOANS ACCT# 2843 | SECURED CLASS 3 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0004 | LOS ANGELES COUNTY TAX COLLECTOR ACCT# 3153068014 | PRINCIPAL RESIDENCE | 0.00 | $5,000.00 | $5,000.00 | $1,002.93 | $0.00 | $3,997.07 |
| 0005 | EDWARDS FEDERAL CRED U ACCT# 11348401 | SECURED OMITTED CREDITOR | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0006 | HSBC AUTO FINANCE ACCT# 3752/343725 | CLASS 4 SECURED | 0.10 | $647.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0007 | SOVEREIGN BANK ACCT# 0010090710760 | SECURED OMITTED CREDITOR | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0008 | AQUA FINANCE ACCT# 400446581 | SECURED CLASS 3 | 0.00 | $0.00 | $5,263.40 | $1,059.97 | $0.00 | $4,203.43 |
| 0009 | AQUA FINANCE ACCT# X400446581 | UNSECURED | 0.00 | $6,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0010 | ADELMAN BROADCASTING, INC. ACCT# A SELECTIVE LIMOUSINE #531 | UNSECURED | 0.00 | $2,464.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0011 | eCAST SETTLEMENT CORPORATION ACCT# 4808 | UNSECURED | 0.00 | $2,665.00 | $2,724.39 | $0.00 | $0.00 | $108.98 |

**Elizabeth Rojas CHAPTER 13 TRUSTEE**
**15060 Ventura Blvd.**
**Suite 240**
**Sherman Oaks, CA  91403**
**(818) 933-5700**

**STATUS REPORT - CASE #08-12479-GM  AS OF 9/18/2009**

**CONTINUED**

| CLAIM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| 0012 | CASHCALL INC<br>ACCT# 1703829 | UNSECURED | 0.00 | $5,050.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0013 | CITIBANK<br>ACCT# 57121395725 | UNSECURED | 0.00 | $22,313.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0014 | CITIBANK<br>ACCT# 57121395724 | UNSECURED | 0.00 | $5,663.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0015 | CITIBANK / SEARS<br>ACCT# 504994123710 | UNSECURED | 0.00 | $9,283.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0016 | eCAST SETTLEMENT CORPORATION<br>ACCT# 4184 | UNSECURED | 0.00 | $1,212.00 | $1,100.41 | $0.00 | $0.00 | $44.02 |
| 0017 | eCAST SETTLEMENT CORPORATION<br>ACCT# 0447 | UNSECURED | 0.00 | $362.00 | $298.41 | $0.00 | $0.00 | $11.94 |
| 0018 | John C. Torjesen, Esq.<br>ACCT# MC017618 | UNSECURED | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0019 | COLUMBUS BANK AND TRUST<br>ACCT# 4791070126071933 | UNSECURED | 0.00 | $3,559.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0020 | CREDIT COLLECTION SERVICES<br>ACCT# EDMUNSON | UNSECURED | 0.00 | $183.25 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0021 | EDSON FINANCIAL INC<br>ACCT# MC018866 | UNSECURED | 0.00 | $6,112.47 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0022 | FIRST REVENUE ASSURANCE<br>ACCT# 8201482 | UNSECURED | 0.00 | $1,403.41 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0023 | FORD MOTOR CREDIT<br>ACCT# 080055 | UNSECURED | 0.00 | $15,584.00 | $15,584.23 | $0.00 | $0.00 | $623.37 |
| 0024 | eCAST SETTLEMENT CORPORATION<br>ACCT# 8398 | UNSECURED | 0.00 | $1,895.00 | $1,895.66 | $0.00 | $0.00 | $75.83 |
| 0025 | eCAST SETTLEMENT CORPORATION<br>ACCT# 6924 | UNSECURED | 0.00 | $2,208.00 | $2,208.24 | $0.00 | $0.00 | $88.33 |
| 0026 | eCAST SETTLEMENT CORPORATION<br>ACCT# 8081 | UNSECURED | 0.00 | $1,054.00 | $1,054.35 | $0.00 | $0.00 | $42.17 |
| 0027 | IDEARC MEDIA CORP<br>ACCT# 490001366085 | UNSECURED | 0.00 | $1,441.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0028 | NORLAND GROUP INC<br>ACCT# F18998832 | UNSECURED | 0.00 | $8,066.55 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0029 | Recovery Management Systems Corporation<br>ACCT# 6287 | UNSECURED | 0.00 | $525.00 | $525.14 | $0.00 | $0.00 | $21.01 |
| 0030 | AT&T ADVERTISING AND PUBLISHING<br>ACCT# 8439997003-1,800 | UNSECURED | 0.00 | $1,000.00 | $2,231.15 | $0.00 | $0.00 | $89.25 |

**Elizabeth Rojas CHAPTER 13 TRUSTEE**
**15060 Ventura Blvd.**
**Suite 240**
**Sherman Oaks, CA  91403**
**(818) 933-5700**

### STATUS REPORT - CASE #08-12479-GM  AS OF 9/18/2009

### CONTINUED

| CLAIM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| 0031 | SOVEREIGN BANK ACCT# 800844255 | UNSECURED | 0.00 | $1,168.71 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0032 | WACHOVIA/ACS ACCT# 5712139571 | UNSECURED | 0.00 | $8,528.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0033 | eCAST SETTLEMENT CORPORATION ACCT# 0812 | UNSECURED | 0.00 | $0.00 | $1,066.51 | $0.00 | $0.00 | $42.66 |
| 0034 | eCAST SETTLEMENT CORPORATION ACCT# 8934 | UNSECURED | 0.00 | $0.00 | $770.26 | $0.00 | $0.00 | $30.81 |
| 0035 | COUNTRYWIDE HOME LOANS ACCT# 2843 | UNSECURED | 0.00 | $0.00 | $55,679.46 | $0.00 | $0.00 | $2,227.18 |

**TOTAL PRINCIPAL BALANCE OWED:    $11,606.05**

| | |
|---|---|
| <u>DUPLICATE CLAIMS</u>: | YOU MAY BELIEVE THAT CERTAIN CLAIMS ARE LISTED TWICE.  NEVERTHELESS, THE TRUSTEE IS REQUIRED TO PAY ALL CLAIMS UNTIL THE COURT DIRECTS OTHERWISE.  A LETTER TO THE TRUSTEE WILL NOT STOP PAYMENTS ON "DUPLICATE" CLAIMS, THE DEBTORS MUST SECURE AN ORDER FROM THE COURT.  PLEASE CONTACT YOUR ATTORNEY FOR ASSISTANCE. |
| <u>FUTURE REPORTS</u>: | STATUS REPORTS ARE MAILED EACH YEAR IN JANUARY AND JULY TO THE DEBTORS, THE ATTORNEY(S) FOR DEBTORS AND, UPON REQUEST TO ANY PARTY IN INTEREST. |
| <u>COMPUTER ACCESS</u>: -www.ch13wla.com | THE CHAPTER 13 TRUSTEE OFFERS ONLINE COMPUTER ACCESS TO YOUR FILE.  THIS ACCESS PERMITS YOU TO PRINT CURRENT STATUS REPORTS, PRECONFIRMATION MORTGAGE TRANSMITTAL INFORMATION AND OTHER CASE INFORMATION. |